UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ALLEN WOLFSON,           :

         Plaintiff,    :           08 Civ. 0481 (LAK)

         -against-    :           **ORDER**

CHRISTOPHER BRUNO,       :

         Defendant.    :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

    This Order responds to Mr. Wolfson's undated letter, received on June 13, 2008 (copy attached).

    Mr. Wolfson is mis-informed. I have not recused myself. The case was reassigned from District Judge Batts to District Judge Kaplan. On all cases, in addition to the assigned District Judge, a Magistrate Judge is <u>designated</u>. I am that designated Magistrate Judge on this case. However, unless the District Judge <u>refers</u> the case to the Magistrate Judge, which Judge Kaplan has not (yet) done, the Magistrate Judge has no role in the case. I hope this helps you to understand the workings of the Court.

    As to your other question, I did not attend St. Petersburg Junior College.

    SO ORDERED.

Dated:    New York, New York
         June 16, 2008

                                              **Andrew J. Peck**
                                              United States Magistrate Judge

Copies to:    Allen Wolfson (Mail)
                Judge Lewis A. Kaplan

C:\OPIN\

```
                                          Allen Wolfson
                                          03430-018
                                          Metropolitan Detention Center
                                          P.O. BOX 329002
                                          Brooklyn New York 11232
```

RE: Wolfson v Bruno No.08 Civ. 0481(DB)

Dear Magistrate Judge Peck:

    I am writing this letter to ask you to tell me why you recused yourself from the above case. I realize that Judge Kaplan who has assumed your case is one of your associates. I ahve a bad fellingthat you were forced to recuse yourself under some sort of pressure. My lawsuit has to deal with the fact thatBruno who worked for me in a criminal case was working with the prosecutor to falsely convict me of something that is not a crime. I believe that someone in your association is working with the prosecutor to make sure that my lawsuit goes no where. I truly believe that Judge Kaplan did not get my case because it was his turn on rotation. I wqs notified by Judge Kaplan that you and the District Court Judge Batts had recused yourself from the case. The next thing that Judge Kaplan told me was that if service is not rendered in the time frame that the case could be dismissed. What bothered me was that he sent this registereed mail. The summons in this case was sent to the U.S. Marshal's for service on March 12.2008. The U.S. Marshal had until May 19,2008 to make service on Bruno . Supposedly the Marshal service was to serve the defendant on April 19,2008. To my knowledge the Marshal servie has never notified me that they made service. Perhaps all of this is just a coincidence but unfortunately I dont think so.

    What I would appreciate you doing is to sign a statement and attest to that statement that your information is true and correct. Under title 28 § 1746. Your affidavit will assure me that your

-1-

statement is correct and that you were not pressured to recuse yourself from from my case. If you were forced to recuse yourself then I suggest that you make arrangements to reinstatement in this case. Judge Kaplan should be forced to recuse himself since it is obvious that he intentionally placed himself as judge in my case. Your failure to give me a response will only confirm that I am right.

I have a question to ask you. I knew a Peck who attended Saint Petersburg Junior College in St. Petersburg Florida. He became an attorney. I am 62 years of age and you would have to be about thesame age if you are or were a friend of mine. I just would like to know if this is you.

I am sorry to bother you because I know that you must be busy But I do hope that I hear from you soon.

Respectfully,

*Allen Wolfson*

Allen Wolfson

-2-