# MEMO ENDORSED



Allen Wolfson
03430-018
Metropolitan Detention Center
P.O.BOX 329002
Brooklyn New York 11232

U.S. DISTRICT COURT
FILED
JUN 19 2008
S.D. OF N.Y.

THE UNITED STATES DISTRICT COURT SOUTERN DISTRICT OF
NEW YORK

ALLEN WOLFSON       :
        plaintiff   :       Civil Case No.  08CV-0481 (LAK)
                    :
                    :       REQUEST TO EXTEND SUMMONS TO SERVE
vs                  :       CHRISTOPHER BRUNO
                    :
                    :
CHRISTOPHER BRUNO   :
                    :
                    :
                    :

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 7/1/08

On March 5,2008 the pro se office sent a copy of the summons to

plaintiff which he was to send to the U.S. Marshal for service. upon

receipt of summons plaintiff mailed the information to the U.S. Marshal

to make servie upon Christopher Bruno. The U.S. Marshal was to recieve

the information from plaintiff on March 12,2008. The U.S Marshal informed

the pro se office that they intended to serve Bruno on April 19 2008.

Plaintiff has not been informed that the U.S.Marshal has perfected

service. Plaintiff ask that this court extend the summons to include the

time when the Marshal's are able to serve Christopher Bruno. Also

the court should issue an order requiring the U.S. Marshal to make service

to Bruno.

Respectfully,

Allen Wolfson

Allen Wolfson

_Denied. There is no need to extend the summons_

SO ORDERED

LEWIS A. KAPLAN USDJ 7/28/08